JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
VARELL L. FULLER, Bar No. 202680
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Varell_Fuller@fd.org

Counsel for Defendant THORN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER  THORN,<br><br>Defendant. | Case No. CR 25–00096 VKD<br><br>**STATUS MEMORANDUM AND [PROPOSED] ORDER DIRECTING U.S. MARSHALS TO TRANSFER DEFENDANT TO FEDERAL COURTHOUSE**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |

**STATUS MEMORANDUM**

Defendant Jennifer Thorn respectfully submits this memorandum to update the Court regarding this morning's hearing in Santa Cruz Superior Court regarding Ms. Thorn's outstanding warrants. The hearing took place before the Honorable Nancy de la Peña, with Assistant Federal Public Defender Varell L. Fuller appearing alongside Deputy Public Defender Mary Clare Molina. Although the government was not present at the hearing, Assistant United States Attorney Christina Liu has reviewed this filing in advance of its submission and does not oppose the request for transport.

As discussed at the detention hearing held before this Court on March 13, 2026, Ms. Thorn is currently the subject of outstanding warrants based on her failure to appear in Santa Cruz Superior

STATUS MEMORANDUM, CR 25–00096 VKD

Court on June 12, 2025, in connection with Santa Cruz Superior Court Case Nos. 23CR05548, 24CR00487, 24CR03770, and 25CR02443. The reason Ms. Thorn failed to appear is that she had been arrested by the U.S. Marshals the previous day and was in federal custody, where she remains.

At today's hearing, Judge de la Peña indicated that the court was inclined to grant the defense's request to recall the warrants. Before doing so, however, the court wishes to advise Ms. Thorn of her potential exposure in the pending state matters. Judge de la Peña set the matter for further status on Monday, March 23, 2026, at 9:00 a.m., to permit Ms. Thorn to appear via Zoom.

The United States Marshals Service has advised if this Court specially sets this matter for Monday, March 23, 2026, at 9:00 a.m., the Marshals can transport Ms. Thorn to the federal courthouse. With the Court's permission, Ms. Thorn could appear via Zoom for the Santa Cruz hearing from Your Honor's courtroom. Government counsel would not need to be present.

The Marshals Service has further advised that in anticipation of Ms. Thorn's release, the Marshals can transport Ms. Thorn on Monday to be released from the federal building to the third-party custodian. Counsel for Ms. Thorn has confirmed that the third-party surety is available to transport Ms. Thorn to New Bridge on Monday.

Accordingly, the defense respectfully requests that the Court issue an order directing the United States Marshals Service to transport Ms. Thorn as set forth above.

Dated: March 20, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

/
/
/
/
/
/
/

STATUS MEMORANDUM, CR 25–00096 VKD

**[~~PROPOSED~~] ORDER**

**AS MODIFIED BY THE COURT**

GOOD CAUSE APPEARING, upon the unopposed request of the defense, IT IS HEREBY ORDERED that the United States Marshals Service shall transport defendant Jennifer Thorn on Monday, March 23, 2026, to the federal courthouse so that she may appear via Zoom at 9:00 a.m. from the courtroom for a Zoom appearance in Santa Cruz County Superior Court.

**Counsel for Ms. Thorn shall make all necessary arrangements for the Zoom appearance, including bringing a computer with the Zoom application installed that can be used to access the Zoom appearance in Santa Cruz County Superior Court.  The Court will not supply this technology.  The Court will only make the space in Courtroom 2 available for this purpose.**

IT IS FURTHER ORDERED that the United States Marshals Service shall transport Defendant Thorn for release from the federal building to the approved third-party custodian.

IT IS SO ORDERED.

DATED:  March 20, 2026

_Virginia K. DeMarchi_
THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STATUS MEMORANDUM, CR 25–00096 VKD