UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER THORN,<br><br>Defendant. | Case No.  25-cr-00096-EKL-1   (VKD)<br><br>**ORDER OF RELEASE ON MARCH 23, 2026 FOLLOWING ZOOM APPEARANCE FROM COURTROOM 2, SAN JOSE COURTHOUSE** |

Defendant Jennifer Thorn appeared for a further detention hearing on March 13, 2026.  For the reasons explained on the record during the hearing, the Court orders Ms. Thorn released on the bond and conditions of release separately filed on the docket.  Ms. Thorn shall be released from the custody of the United States Marshals Service on **March 23, 2026 immediately following her Zoom appearance, scheduled for 9:00 a.m. in Courtroom 2** of the San Jose courthouse.  *See* Dkt. No. 26.

Immediately following her release, Ms. Thorn shall be transported by her custodian directly to the New Bridge residential treatment facility, as directed by Pretrial Services.

**IT IS SO ORDERED.**

Dated: March 20, 2026

Virginia K. DeMarchi
United States Magistrate Judge