CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

     60 South Market Street, Suite 1200
     San Jose, California 95113
     Telephone: (408) 535-5051
     FAX: (408) 535-5081
     christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 25-96 EKL |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| JENNIFER THORN, | |
| Defendant. | |

On March 17, 2026, the parties in the above-captioned matter appeared before this Court for a status conference. During the hearing, the parties informed the Court that they had reached a proposed resolution in the above-captioned case. In addition, defense counsel informed the Court that he needed more time to address defendant Jennifer Thorn's pending state case matters, to prepare for the magistrate judge's pending release order, and to continue with defendant's efforts to enter into a residential drug treatment program, all before proceeding further with the proposed plea agreement. The Court subsequently set the next hearing in this case as a change of plea hearing on April 28, 2026 at 10:30 a.m.

The parties jointly request to exclude the time from March 17, 2026 through April 28, 2026 under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties stipulate and agree that the ends

STIP. AND [PROP.] ORDER TO EXCLUDE TIME
CR 25-96 EKL                          1

of justice served by excluding the time from March 17, 2026 through April 28, 2026  from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case.  *See id.*

IT IS SO STIPULATED.


Dated: March 20, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney


                                         */s/ Christina Liu*
                                         Christina Liu
                                         Assistant United States Attorney


Dated: March 20, 2026                    */s/ Varell Fuller*
                                         Varell Fuller
                                         Counsel for Defendant Jennifer Thorn

STIP. AND [PROP.] ORDER TO EXCLUDE TIME
CR 25-96 EKL                                    2

# [PROPOSED] ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from March 17, 2026 through April 28, 2026 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from March 17, 2026 through April 28, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.  *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 17, 2026 through April 28, 2026 shall be excluded from computation under the Speedy Trial Act. *See id.*

IT IS SO ORDERED this ____20th____ day of March 2026.

_____
THE HON. EUMI K. LEE
United States District Judge

STIP. AND [PROP.] ORDER TO EXCLUDE TIME
CR 25-96 EKL                                    3