**PROPOSED ORDER/COVER SHEET**

TO:    **Honorable Virginia K. DeMarchi**          RE:    **Jennifer Thorn**
       **U.S. Magistrate Judge**

FROM:  **Silvio Lugo, Chief**                       Docket No.:    **5:25-cr-00096-EKL-1**
       **U.S. Pretrial Services Officer**

Date:    **6/17/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales                                        (415) 940-5181

U.S. Pretrial Services Officer                       **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom    2
   No. _____in person_____ on ___June 25, 2026___ at ___1:00 p.m.___ .

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s):
   A.
   B.

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

   _____

   _____

   _____

*Virginia K. DeMarchi*                    June 17 2026
**JUDICIAL OFFICER**                       **DATE**