**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **Jennifer Thorn**

**FROM:** **Sarai Canales**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:25-cr-00096-EKL-1**

**Date:** **7/28/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales — (415) 940-5181

U.S. Pretrial Services Officer — **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 in person on July 31, 2026 at 1:30 p.m..

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:

Defendant must provide a urine sample for testing by Pretrial Services in advance of the hearing.

Virginia K. DeMarchi — July 28, 2026

**JUDICIAL OFFICER** — **DATE**