JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
VARELL L. FULLER, Bar No. 202680
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant THORN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JENNIFER THORN,<br>Defendant. | Case No. CR 25–00096 EKL<br>**STATUS MEMORANDUM REGARDING DEFENDANT'S SAFETY VALVE ELIGIBILITY UNDER 18 U.S.C. § 3553(f) AND USSG § 5C1.2** |

**STATUS MEMORANDUM**

The defendant, Ms. Thorn, respectfully submits this status memorandum to advise the Court of her safety valve eligibility. Ms. Thorn is presently charged in Count Two with an offense carrying a mandatory minimum sentence of five years. On August 4, 2026, the parties appeared before this Court for a hearing on the defense request that this matter be referred to the Honorable Edward J. Davila for consideration of Ms. Thorn's placement in the Conviction Alternative Probation ("CAP") program.

United States Pretrial Services has evaluated Ms. Thorn and advised that she meets the eligibility criteria for CAP and recommends her for the program. At the time of the August 4 hearing, however, Ms. Thorn was not yet eligible for referral because she had not participated in a safety valve

proffer and the government had not yet taken a position on whether she was safety valve eligible. On August 7, 2026, Ms. Thorn met with the government and participated in a safety valve proffer. The government subsequently advised defense counsel that Ms. Thorn satisfies the criteria for safety valve eligibility under 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.

Accordingly, the defense respectfully requests that the Court refer this matter to Judge Davila for a hearing on Ms. Thorn's request for admission to CAP. The government remains opposed to the defense request. For the reasons previously stated on the record at the August 4, 2026 hearing, the defense respectfully requests that the Court grant the request and refer this matter to Judge Davila for a hearing on Ms. Thorn's admission to CAP.

Dated: June 18, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
VARELL L. FULLER
Assistant Federal Public Defender

~~[PROPOSED]~~ **ORDER**

Upon application of the defendant, and good cause appearing, the Court hereby refers this matter to the Honorable Edward J. Davila for a hearing on the defendant's request for admission into the Conviction Alternative Probation program. The parties shall contact Judge Davila's Courtroom Deputy to coordinate a hearing date.

The status hearing currently set for August 25, 2026, is VACATED.

IT IS SO ORDERED.

DATED: August 21, 2026

THE HONORABLE EUMI K. LEE
United States District Court Judge